# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 09, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30320   Chisom v. State of Louisiana
                  USDC No. 2:86-CV-4075

Dear Counsel:

The court requests that the Appellees file a response to the Appellant's petition for rehearing en banc filed in this case. The response(s) must be electronically filed on or before November 20, 2023.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Ms. Leah Camille Aden
Ms. Nora Ahmed
Mr. Matthew F. Block
Ms. Yael Bortnick
Ms. Emily Brailey
Mrs. Kelly E. Brilleaux
Ms. Morgan Brungard
Mr. Michael B. de Leeuw
Ms. Erin Helene Flynn
Mrs. Angelique Duhon Freel
Mr. Jon Marshall Greenbaum
Ms. Alaizah Koorji
Mr. Peter M. Mansfield
Mr. Shae Gary McPhee Jr.
Ms. Elizabeth Baker Murrill
Ms. Inemesit U. O'Boyle
Mr. Connor Peth
Mr. William P. Quigley
Mr. James McClendon Williams
Mr. Ronald Lawrence Wilson